*Denied no good cause is shown* [signature] 1-31-19

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEN ROTHMAN, individually, and on all others similarly situated,<br>                          Plaintiff,<br>vs.<br>OPTIMA ADVOCATES, INC.,<br>    Defendant. | Case No. 2:18-cv-08341-R<br><br>**ORDER DENYING STIPULATION EXTENDING PLAINTIFF'S DEADLINE TO FILE A MOTION FOR CLASS CERTIFICATION (L.R. 23-3)**<br><br>[Hon. Manuel L. Real] |

**IT IS HEREBY ORDERED,** good cause appearing, that:

1. Plaintiff's class certification deadline shall be set during the Initial Scheduling Conference.

Dated: ___January 31___, 2019

**DENIED**

BY ORDER OF THE COURT
HONORABLE MANUEL L. REAL
United States District Judge

---

ORDER DENYING JOINT STIPULATION EXTENDING PLAINTIFF'S DEADLINE TO FILE MOTION FOR CLASS CERTIFICATION
-1-