IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEN ROTHMAN, individually, and on all others similarly situated,<br>Plaintiff,<br><br>vs.<br><br>OPTIMA ADVOCATES, INC.,<br>Defendant. | Case No. 2:18-cv-08341-R-SS<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR RECONSIDERATION OF ORDER DENYING STIPULATION EXTENDING PLAINTIFF'S DEADLINE TO FILE A MOTION FOR CLASS CERTIFICATION (L.R. 23-3)**<br><br>[Hon. Manuel L. Real] |

**IT IS HEREBY ORDERED,** that:

1. The Honorable Court has reconsidered its Order Denying the Parties' Stipulation to Extend Plaintiff's Deadline to File a Motion for Class Certification; and

2. The Honorable Court grants the Stipulation to Extend Plaintiff's Deadline to File a Class Certification Motion.

Dated: _____, 2019


By: _____
 Hon. Manuel L. Real
United States District Judge

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR RECONSIDERATION**
**-1-**